| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN |
|   |   & DOWD LLP |
| 2 | DARREN J. ROBBINS (168593) |
|   | ARTHUR C. LEAHY (149135) |
| 3 | DANIELLE S. MYERS (259916) |
|   | 655 West Broadway, Suite 1900 |
| 4 | San Diego, CA  92101 |
|   | Telephone:  619/231-1058 |
| 5 | 619/231-7423 (fax) |
|   | darrenr@rgrdlaw.com |
| 6 | artl@rgrdlaw.com |
|   | dmyers@rgrdlaw.com |
| 7 | |
|   | [Proposed] Lead Counsel for Plaintiffs |
| 8 | |
|   | [Additional counsel appear on signature page.] |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL A. GOLDSTEIN, Individually and on Behalf of All Others Similarly Situated, | No. 2:11-cv-00348-VBF(PJWx) |
| | CLASS ACTION |
| Plaintiff, | NOTICE OF MOTION AND MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL |
| vs. | |
| TONGXIN INTERNATIONAL LTD., et al., | |
| | DATE: April 4, 2011 |
| Defendants. | TIME: 1:30 p.m. |
| | CTRM: 9 |
| | JUDGE: Hon. Valerie Baker Fairbank |

610815_1

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on April 4, 2011, at 1:30 p.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Valerie Baker Fairbank, Courtroom 9, United States District Court for the Central District of California, 312 N. Spring Street, Los Angeles, CA 90012, Michael A. Goldstein, Eric W. Goldstein, and Daniel J. Rock and Kathleen A. Rock on behalf of SEP IRA f/b/o Daniel J. Rock, IRA f/b/o Kathleen Rock and Daniel J. and Kathleen A. Rock Trust u/a/d 2/7/01 will move this Court for an order: (1) consolidating the related actions; (2) appointing the Goldsteins and Rocks as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995; and (3) approving the Goldsteins' and Rocks' selection of Robbins Geller Rudman & Dowd LLP as lead counsel.[1]  In support of this Motion, the Goldsteins and Rocks submit the accompanying Memorandum of Law and the Declaration of Danielle S. Myers.

DATED: March 4, 2011         ROBBINS GELLER RUDMAN
                                & DOWD LLP
                             DARREN J. ROBBINS
                             ARTHUR C. LEAHY
                             DANIELLE S. MYERS


                                    s/DANIELLE S. MYERS
                                   DANIELLE S. MYERS

                             655 West Broadway, Suite 1900
                             San Diego, CA  92101
                             Telephone:  619/231-1058
                             619/231-7423 (fax)

                             [Proposed] Lead Counsel for Plaintiffs

---

[1]  Local Rule 7-3 requires a conference of counsel prior to filing motions. Because of the PSLRA's lead plaintiff procedure, however, the Goldsteins and Rocks will not know which other class members, if any, may seek appointments as lead plaintiff until after motions are filed on March 4, 2011. Consequently, the Goldsteins and Rocks respectfully request that Local Rule 7-3's conferral requirement be waived.

- 1 -

610815_1

| | |
|---|---|
| 1 | LAW OFFICES OF CURTIS V. TRINKO, LLP |
| 2 | CURTIS V. TRINKO |
| 3 | 16 West 46th Street, 7th Floor |
| 4 | New York, NY  10036 |
|   | Telephone:  212/490-9550 |
| 5 | 212/986-0158 (fax) |
|   | Additional Counsel for Plaintiffs |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

610815_1

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 4, 2011.

   s/ DANIELLE S. MYERS
DANIELLE S. MYERS

ROBBINS GELLER RUDMAN
      & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:     dmyers@rgrdlaw.com

610815_1

# Mailing Information for a Case 2:11-cv-00348-VBF -PJW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Catherine J Kowalewski**
  katek@rgrdlaw.com,ldeem@rgrdlaw.com

- **Darren J Robbins**
  e_file_sd@rgrdlaw.com

- **David C Walton**
  davew@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **David T Wissbroecker**
  dwissbroecker@rgrdlaw.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)