ROBBINS GELLER RUDMAN
& DOWD LLP
ARTHUR C. LEAHY (149135)
DANIELLE S. MYERS (259916)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
artl@rgrdlaw.com
dmyers@rgrdlaw.com

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL A. GOLDSTEIN, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TONGXIN INTERNATIONAL LTD., et al.,<br><br>Defendants. | Lead No. 2:11-cv-00348-JAK(PJWx)<br><br>CLASS ACTION<br><br>LEAD PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR (1) FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS; AND (2) AWARD OF ATTORNEYS' FEES AND EXPENSES AND LEAD PLAINTIFF'S EXPENSES PURSUANT TO 15 U.S.C. §78u-4(a)(4)<br><br>DATE: July 9, 2012<br>TIME: 8:30 a.m.<br>CTRM: The Honorable John A. Kronstadt |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on July 9, 2012, at 8:30 a.m., in the Courtroom of the Honorable John A. Kronstadt, United States District Judge, at the Edward R. Roybal Federal Building and United States Courthouse, 255 East Temple Street, Los Angeles, California, Lead Plaintiffs will and hereby move for orders (1) finally approving the settlement as set forth in the Stipulation of Settlement, dated as of March 15, 2012 ("Stipulation"), and dismissing the Litigation with prejudice; (2) approving the Plan of Allocation of settlement proceeds; and (3) awarding Lead Counsel attorneys' fees of 25% of the Settlement Fund plus expenses incurred in this class action, as well as an award to one of the Lead Plaintiffs. Lead Plaintiffs' motion is based upon the Memorandum of Points and Authorities in Support of Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation of Settlement Proceeds, Lead Counsel's Memorandum of Points and Authorities in Support of Award of Attorneys' Fees and Expenses and Lead Plaintiff's Expenses Pursuant to 15 U.S.C. §78u-4(a)(4), the declarations submitted in support thereof, the Stipulation, all other pleadings and matters of record, and such additional evidence or argument as may be presented at the hearing on Lead Plaintiffs' motion.

DATED: June 11, 2012

ROBBINS GELLER RUDMAN
& DOWD LLP
ARTHUR C. LEAHY
DANIELLE S. MYERS

s/ Arthur C. Leahy
ARTHUR C. LEAHY

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

LAW OFFICES OF CURTIS V. TRINKO, LLP
CURTIS V. TRINKO
16 West 46th Street, 7th Floor
New York, NY 10036
Telephone: 212/490-9550
212/986-0158 (fax)

Additional Counsel for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 11, 2012.

s/ Arthur C. Leahy

ARTHUR C. LEAHY

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: artl@rgrdlaw.com

# Mailing Information for a Case 2:11-cv-00348-JAK-PJW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **John S Baker**
  baker.john@dorsey.com,gardner.caroline@dorsey.com,murashko.carmen@dorsey.com,marentette.pamela@dorsey.com
- **Joy Ann Bull**
  joyb@rgrdlaw.com,jstark@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Mark C Dosker**
  mark.dosker@squiresanders.com,tonette.danowski@ssd.com,sfr_docket@ssd.com
- **Dawn B Eyerly**
  dawn.eyerly@ffslaw.com,sherry.ricondo@ffslaw.com
- **Victor Genecin**
  victor.genecin@squiresanders.com
- **Giuseppe S Giardina**
  giuseppe.giardina@huschblackwell.com
- **Lionel Zevi Glancy**
  lglancy@glancylaw.com
- **Michael M Goldberg**
  mmgoldberg@glancylaw.com,dmacdiarmid@glancylaw.com,info@glancylaw.com
- **Curtis Allan Graham**
  cag@ffslaw.com,renee.williams@ffslaw.com
- **Marc I Gross**
  migross@pomlaw.com
- **Lester R Hooker**
  lhooker@saxenawhite.com,e-file@saxenawhite.com
- **Phillip Kim**
  pkim@rosenlegal.com
- **Arthur C Leahy**
  artl@rgrdlaw.com,e_file_sd@rgrdlaw.com,ldeem@rgrdlaw.com
- **Jeremy A Lieberman**
  jalieberman@pomlaw.com
- **Bryan Martin McGarry**
  mcgarry.bryan@dorsey.com,wood.katherine@dorsey.com
- **Joseph A Meckes**
  joseph.meckes@squiresanders.com
- **Danielle S Myers**
  dmyers@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Christopher J Petersen**
  christopher.petersen@squiresanders.com
- **Alan E Popkin**

4

alan.popkin@huschblackwell.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,info@glancylaw.com
- **Laurence M Rosen**
  lrosen@rosenlegal.com
- **Joel B Samson**
  joel.samson@huschblackwell.com
- **David W Sobelman**
  david.sobelman@huschblackwell.com
- **Emily L Wallerstein**
  emily.wallerstein@squiresanders.com
- **Michael H Wetmore**
  michael.wetmore@huschblackwell.com,lisa.carter@huschblackwell.com
- **Joseph E White , III**
  jwhite@saxenawhite.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Jeffrey Simon Abraham**
Abraham Fruchter & Twersky LLP
One Penn Plaza
Suite 2805
New York, NY 10119