ROBBINS GELLER RUDMAN
  & DOWD LLP
ARTHUR C. LEAHY (149135)
DANIELLE S. MYERS (259916)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
artl@rgrdlaw.com
dmyers@rgrdlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL A. GOLDSTEIN, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>TONGXIN INTERNATIONAL LTD., et al.,<br><br>　　　　　　　　Defendants. | Lead No. 2:11-cv-00348-JAK(PJWx)<br><br>CLASS ACTION<br><br>ORDER AWARDING LEAD COUNSEL'S ATTORNEYS' FEES AND EXPENSES AND LEAD PLAINTIFF'S EXPENSES PURSUANT TO<br>15 U.S.C. §78u-4(a)(4)<br><br>DATE:　July 9, 2012<br>TIME:　8:30 a.m.<br>CTRM:　The Honorable<br>　　　　John A. Kronstadt |

This matter having come before the Court on July 9, 2012, on the application of counsel for the Lead Plaintiffs for an award of attorneys' fees and expenses and Lead Plaintiff's expenses pursuant to 15 U.S.C. §78u-4(a)(4) in connection with the above-captioned action, the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this action to be fair, reasonable, and adequate, and otherwise being fully informed in the premises and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement, dated as of March 15, 2012 (the "Stipulation") (Dkt. No. 124), and filed with the Court.

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all Members of the Settlement Class who have not timely and validly requested exclusion.

3. The Court hereby awards Lead Counsel attorneys' fees of 25% of the principal amount of the Settlement Fund, plus expenses in the amount of $51,166.36 together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid. The Court finds that the amount of fees awarded is appropriate, fair, and reasonable under the "percentage-of-recovery" method given the risks of non-recovery, the time and effort involved, and the result obtained for the Settlement Class. *See Vizcaino v. Microsoft Corp.*, 290 F.3d 1043, 1050-51 (9th Cir. 2002); *In re Bluetooth Headset Prods. Liab. Litig.*, 654 F.3d 935, 945 (9th Cir. 2011).

4. The fees shall be allocated among counsel for the plaintiffs by Lead Counsel in a manner that reflects each such counsel's contribution to the institution, prosecution, and resolution of the captioned action.

5. The awarded attorneys' fees and expenses and interest earned thereon shall immediately be paid to Lead Counsel subject to the terms, conditions, and

1 | obligations of the Stipulation, and in particular ¶7.2 thereof which terms, conditions,
2 | and obligations are incorporated herein.
3 |       6.      Pursuant to 15 U.S.C. §78u-4(a)(4), the Court awards Lead Plaintiff
4 | Michael A. Goldstein $5,775.00 for his time and expenses in representing the
5 | Settlement Class.
6 |       IT IS SO ORDERED.
7 |
8 | DATED: July 9, 2012      _____
9 |       THE HONORABLE JOHN A. KRONSTADT
      UNITED STATES DISTRICT JUDGE